**IN THE COURT OF APPEALS OF TENNESSEE**

**EASTERN SECTION AT KNOXVILLE**

FILED

**February 5, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| STATE OF TENNESSEE DEPARTMENT OF HUMAN SERVICES, | ) ) ) ) | KNOX JUVENILE |
| Plaintiff/Appellee | ) ) | NO. 03A01-9601-JV-00021 |
| v. | ) ) | |
| CHARLENE AVERY FOUNTAIN, | ) ) | |
| Defendant/Appellant | ) | AFFIRMED |

## J U D G M E N T

_____This appeal came on to be heard upon the record from the Juvenile Court of Knox County and briefs filed on behalf of the respective parties. Upon consideration thereof, this court is of the opinion that there is no reversible error in the trial court's judgment.

It is therefore, ORDERED and ADJUDGED by this Court that the judgment of the trial court is affirmed. Costs are assessed to the appellant and her surety, for which execution may issue if necessary. The case is remanded to the Juvenile Court of Knox County for collection of costs pursuant to applicable law.

PER CURIAM